1081

[No. 50264-6-I.  Division One.  October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY WARNER COSTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04825-9, Laura Gene Middaugh, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 50380-4-I.  Division One.  October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY D. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07439-0, Dean Scott Lum, J., entered April 30, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 50961-6-I.  Division One.  October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WILLIAM FAAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01616-1, Laura Gene Middaugh and Dale B. Ramerman, JJ., entered August 16, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Agid, J.

[No. 52777-1-I.  Division One.  October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS CHRISTIAN BRAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01147-1, Robert L. Harris, J., entered August 29, 2002. *Affirmed* by unpublished per curiam opinion.